# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:21–mj–01135–LTW–1

Case title: USA v. Burks

Other court case number: 3:21–00237 USDC Middle District of Tennessee

Date Filed: 12/02/2021

Date Terminated: 12/02/2021

Assigned to: Magistrate Judge
Linda T. Walker

**Defendant (1)**

| | | |
|---|---|---|
| **Nicholas D. Burks**<br>*TERMINATED: 12/02/2021* | represented by | **Caitlyn Virginia Wade**<br>Federal Defender Program<br>101 Marietta Street Northwest<br>Suite 1500<br>Atlanta, GA 30303<br>404–688–7530<br>Fax: 404–688–0768<br>Email: caitlyn_wade@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1030(a)(2)(C) | |

**Plaintiff**

**USA**                                        represented by  **Alana R. Black**
                                                               Office of the United States
                                                               Attorney−ATL600
                                                               Northern District of Georgia
                                                               600 United States Courthouse
                                                               75 Ted Turner Dr., S.W.
                                                               Atlanta, GA 30303
                                                               404−581−6025
                                                               Email: Alana.Black@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/02/2021 | | | Arrest (Rule 40) of Nicholas D. Burks (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Nicholas D. Burks held on 12/2/2021. Order appointing Federal Defender as counsel for defendant (Initial Appearance Only). Defendant waived identity hearing. Waiver filed. Non−Surety bond set at $10,000. Bond filed, defendant released. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | 2 | | WAIVER of Rule 5 & 5.1 Hearings by Nicholas D. Burks (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Caitlyn Wade as to Nicholas D. Burks Signed by Magistrate Judge Linda T. Walker on 12/2/21. (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | 4 | | Non−Surety Bond on Rule 5(c)(3) Entered as to Nicholas D. Burks in amount of $10,000. (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | 5 | | ORDER Setting Conditions of Release as to Nicholas D. Burks. Signed by Magistrate Judge Linda T. Walker on 12/2/21. (ceo) (Entered: 12/02/2021) |
| 12/02/2021 | | | Magistrate Case Closed. Defendant Nicholas D. Burks terminated. (ceo) (Entered: 12/02/2021) |