UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:21-CR-00237 |
| ) | Chief Judge Crenshaw |
| NICHOLAS D. BURKS, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

The undersigned gives notice of appearance as co-counsel for the United States of America in the above styled matter.

                                  Respectfully submitted,

                                  MARK H. WILDASIN
                                  Acting United States Attorney
                                  Middle District of Tennessee

          By:   /s J. Matthew Blackburn
                J. MATTHEW BLACKBURN (#27105)
                Assistant United States Attorneys
                110 Ninth Avenue, South, Suite A-961
                Nashville, Tennessee 37203
                Telephone: (615) 736-5151
                Email: matt.blackburn@usdoj.gov